UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERNON C. FLANNING, SR.,

      Plaintiff,

v.                            Case No. 8:08-cv-591-T-24MAP

STATE, 14400 49th St. No.,
Clearwater, Florida,

      Defendant.

_____

**O R D E R**

Pro se Plaintiff Vernon Flanning filed a 42 U.S.C. § 1983 civil rights complaint that was a "hodgepodge" of claims on the civil rights complaint form, in letters, on the Affidavit of Indigency, and on his grievance forms. His major allegation was that he was "assaulted" by two jail guards in 2006, and as a result, suffers right shoulder pain.

On April 2, 2008, the Court screened the complaint in accordance with 28 U.S.C. § 1915A and concluded that Plaintiff Flanning had to file an amended complaint **and a copy of the internal disciplinary investigation report which the jail conducted pursuant to his grievance related to the 2006 assault.** In his original motion for in forma pauperis, Plaintiff stated that he received approximately $100.00 per month into his account. Therefore, the Court concluded that Flanning could obtain this internal disciplinary investigation report by filing a public information request at the jail and paying for the copy of the report. The Court required Plaintiff to file the amended complaint and a copy of the internal disciplinary investigation report on or before April 25, 2008.

On April 24, 2008, Plaintiff filed the amended complaint but he did not file a copy of the internal disciplinary investigation report. Furthermore, the exhibits to the amended complaint show that Plaintiff never requested a copy of the report by making a public information request and offering to pay for the copy of the report.

Plaintiff has not complied with the Court order of April 2, 2008.

Accordingly, the Court orders:

That Plaintiff's amended complaint is dismissed, without prejudice to his filing a new complaint, in a new case, with a new case number. The Clerk is directed to enter judgment against Plaintiff Flanning and to close this case.

ORDERED at Tampa, Florida, on April 25, 2008.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Vernon C. Flanning, Sr.